**Opinion filed December 19, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00356-CR

_____

## TREVON RESHAUD JETER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 28140A**

### MEMORANDUM OPINION

Appellant, Trevon Reshaud Jeter, has filed a motion for withdrawal of his notice of appeal. In the motion, Appellant requests that this court dismiss this appeal. Attached to the motion is a letter from Appellant to his appellate counsel in which Appellant indicates that, after putting some thought into it, he has decided that he no longer wishes to pursue the appeal. The motion is signed by Appellant's counsel, and the letter attached to the motion is signed by Appellant. Consequently, we dismiss the appeal pursuant to TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

December 19, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.